No. 313. BROTHERHOOD OF RAILROAD TRAINMEN ET AL. *v.* CHICAGO RIVER & INDIANA RAILROAD CO. ET AL. C. A. 7th Cir. Certiorari granted. *William C. Wines* for petitioners. *Kenneth F. Burgess* and *Walter J. Cummings, Jr.* for respondents. ■

No. 316. SMITH, SPECIAL ADMINISTRATOR, *v.* SPERLING ET AL. C. A. 9th Cir. Certiorari granted. *Morris J. Pollack* for petitioner. *Eugene D. Williams* for Warner et al., and *Norman Altman* for United States Pictures, Inc., et al., respondents. ■

No. 84. CENTRAL OF GEORGIA RAILWAY CO. *v.* BROTHERHOOD OF RAILROAD TRAINMEN, LOCAL LODGE No. 721, ET AL. C. A. 5th Cir. Certiorari granted. *John B. Miller* for petitioner. *Wayland K. Sullivan* for respondents. ■

No. 131. LAWN *v.* UNITED STATES. C. A. 2d Cir. Certiorari granted. *Milton Pollack* for petitioner. *Solicitor General Rankin, Assistant Attorney General Rice* and *Joseph M. Howard* for the United States. ■

No. 133. GIGLIO ET AL. *v.* UNITED STATES. C. A. 2d Cir. Certiorari granted. *Moses Polakoff* for petitioners. *Solicitor General Rankin, Assistant Attorney General Rice* and *Joseph M. Howard* for the United States. ■

No. 149. SWANSON ET AL. *v.* TRAER ET AL. C. A. 7th Cir. Certiorari granted. *Avern B. Scolnik* and *Philip F. La Follette* for petitioners. *Kenneth F. Burgess, Thomas L. Marshall* and *Charles F. Short, Jr.* for Traer et al., and *Marland Gale* for Fitzgerald et al., respondents. ■